```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```



FEB 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 2:12-cr-00036 DAD |
| ) | |
| Plaintiff,  ) | STIPULATION AND [~~PROPOSED~~] DAD |
| ) | ORDER TO CONTINUE INITIAL |
| v.  ) | APPEARANCE |
| ) | |
| BLYTHE ERIN HURD,  ) | |
| ) | |
| Defendant.  ) | |

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and jointly request that the initial appearance currently set for February 28, 2012 at 10 a.m. be reset for March 7, 2012 at 10 a.m. The defendant requests the initial appearance be continued an additional week for medical reasons. The government has reviewed

//
//
//
//
//
//

Stip. and [Proposed] Order                    U.S. v. Hurd 2:12-cr-036 DAD

1  documentation provided by defense counsel and is satisfied that
2  an additional one week delay is justified for medical reasons.

3  Dated: February 27, 2012        Respectfully submitted,

4                                  BENJAMIN B. WAGNER
                                   United States Attorney
5

6                                  /s/ Christopher S. Hales
                                   CHRISTOPHER S. HALES
7                                  Special Assistant U.S. Attorney

8  Dated: February 27, 2012        DANIEL J. BRODERICK
9                                  Federal Defender

10
                                   /s/ Linda Harter
11                                 LINDA HARTER
                                   Assistant Federal Defender
12

13
                                   ORDER
14

15  IT IS SO ORDERED.

16  Dated:  2/27/12

17                                 _____
                                   HON. DALE A. DROZD
18                                 United States Magistrate Judge

Stip. and [Proposed] Order                U.S. v. Hurd 2:12-cr-036 DAD